```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DAMIN SAULSBERRY,                :
a/k/a Damon Saulsberry,          :
a/k/a Damon Saulberry,           :
                                 :   Civil Action No. 10-0696 (RMB)
          Petitioner,            :
                                 :
          v.                     :   **ORDER**
                                 :
DIRECTOR SEAN THOMAS,            :
et al,                           :
                                 :
          Respondents.           :   **CLOSED**


For the reasons set forth in the Opinion filed herewith, IT IS on this **8th** day of **March 2010**,

**ORDERED** that Petitioner's application for leave to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall amend the docket to reflect that Petitioner's name is "Damin Saulsberry, a/k/a Damon Saulsberry, a/k/a Damon Saulberry"; and it is further

**ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that no certificate of appealability shall issue.

                                   s/Renée Marie Bumb
                                   Renée Marie Bumb
                                   United States District Judge